U.S. DISTRICT COURT
FILED
2011 FEB -1 P 12:51
CLERK

# SYNOPSIS

**Name:** James Peters

**Address:** Houlton, Maine

**Year of Birth:** 1969 **Age:** 41

**Violation:** **Count 1-4:** Title 18, United States Code, Section 1001

**Description of Offense:** **Count 1-4:** False statements

**Penalty:** **Count 1-4:** Imprisonment of not more than 5 years, or a fine not to exceed ~~$20,000~~ $250,000 or both. This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4).

**Supervised Release:** **Count 1-4:** Not more than 3 years (18 U.S.C. § 3583(b)(2)).

**Maximum Term of Imprisonment for Violation of Supervised Release:**
**Count 1-4:** Not more than 2 years imprisonment (18 U.S.C. § 3583(e)(3)).

**Maximum Term of Supervised Release for Violation of Supervised Release:**
**Count 1-4:** 3 years less any imprisonment imposed on revocation of supervised release (18 U.S.C. § 3583(h).

**Defendant's Attorney:** Virginia Villa

**Detention Status:** In custody

**Foreign National:** No

**Consular Notification Provided:** N/A

**Place of Offense:** Southern District of Texas

**AUSA:** Ruben R. Perez, AUSA

**Primary Investigative Agency and Agent:** U.S. DHS, OIG SA David Green

**Guidelines apply:** Yes

**Organizational Victims Owed Restitution:** Not applicable

**Felony Assessments**: **Count 1:** $100.00 (18 U.S.C. § 3013(a)(2)(A))