# UNITED STATES DISTRICT COURT

for the

District of Maine

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED AND FILED
2011 FEB -1 P 2:31
DEPUTY CLERK

United States of America
v.
James Peters
*Defendant*

Case No. 1:11-mj-00018-MJK

Charging District's Case No. H-11-58M

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of Texas

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: February 1, 2011

*Defendant's signature*

*Signature of defendant's attorney*

Virginia G. Villa, AFPD
*Printed name of defendant's attorney*