UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

U.S. DISTRICT COURT
FILED
2011 FEB -4 A 9:38
CLERK

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO.:1:11-mj-00018-MJK
)
JAMES PETERS )

**RECEIPT FOR SURRENDER OF PASSPORT**

I hereby acknowledge receipt of Passport # 820359495issued by USA, in the name of James Laurence Toomey Peters, surrendered to the Clerk, U.S. District Court, District of Maine, as a condition of release in the above-entitled case.

Passport card # C01882591 issued by USA, in the name of James Laurence Toomey Peters.

Date: 2/4/2011

By
Deputy Clerk

---

**RECEIPT FOR RETURN OF PASSPORT**

I hereby acknowledge receipt of my Passport, as described above, from the Clerk, U.S. District Court, District of Maine.

Date: ________________ By: ____________________
Signature of Passport Owner